# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE SUMMIT ACADEMY, | : | No. 2 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.